UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST CARPENTERS
HEALTH, PENSION, ANNUITY, APPRENTICESHIP,
and LABOR MANAGEMENT COOPERATION
FUNDS,

**ORDER ADOPTING REPORT and RECOMMENDATION**
Civil Action No. 17-5072 (DRH)(AYS)

                Petitioners

-against-

NORTHCOAST MAINTENANCE CORP. d/b/a J.
BARWICK LANDSCAPE SITE DEVELOPER,

                Respondents.
------------------------------------------------------------------X

**HURLEY, Senior District Judge:**

      Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated May 4, 2018, recommending that the petition to confirm an arbitration award dated June 26, 2017, and for an award of attorney's fees and costs pertaining to this action be granted. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the May 4, 2018 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that petitioner's petition to confirm the arbitration award dated June 26, 2017 in the amount of $48,047.59, and for an award of attorney's fees and costs

1

pertaining to this action in the amount of $1015.00 is granted. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York
　　　　June 1, 2018　　　　　　　　　　　　/s/  Denis R. Hurley
　　　　　　　　　　　　　　　　　　　　　Denis R. Hurley
　　　　　　　　　　　　　　　　　　　　　United States District Judge